# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1740.   PHILIP GAMBUTI v. BOARD OF COMMISSIONERS OF LOWNDES COUNTY et al.

On November 21, 2016, the trial court entered its final order in this declaratory judgment action filed by the Board of Commissioners of Lowndes County.  Philip Gambuti filed a notice of appeal therefrom on December 27, 2016.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Gambuti's notice of appeal is untimely, as it was filed 36 days after entry of the trial court's order. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/07/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Gambuti's notice of appeal states that the judgment appealed from was entered on December 15, 2016, but the record does not support this statement.